UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MCGINNIS, INC., | : | Case No. 1:10-cv-00826 |
| Plaintiff, | : | |
| vs. | : | O R D E R |
| JAMES MARINE, INC., | : | |
| Defendant. | : | |

The above-captioned case is transferred to the United States District Court Clerk for reassignment.

SO ORDERED.

Dated: November 23, 2010

s/S. Arthur Spiegel
S. Arthur Spiegel
United States Senior District Judge